

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2014

No. 04-13-00316-CV

**BEXAR COUNTY TEXAS,**
Appellant

v.

**DEPUTY SHERIFF'S ASSOCIATION OF BEXAR COUNTY,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-14030
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

Sitting:    Catherine Stone, Chief Justice
Marialyn Barnard, Justice
Patricia O. Alvarez, Justice

Appellant's motion for extension of time to file motion for rehearing is hereby GRANTED. Time is extended to March 3, 2013.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court